No. 76–5653. ZENGLEIN *v.* LEWIS ET AL., *ante,* p. 1049;

No. 76–5712. SMITH *v.* UNITED STATES, *ante,* p. 1027;

No. 76–5724. POWELL *v.* ALABAMA, *ante,* p. 1065; and

No. 76–5735. SANTANA *v.* ROSS, INDUSTRIAL COMMISSIONER OF NEW YORK, *ante,* p. 1056. Petitions for rehearing denied.

No. 75–1466. BOSTON HOME & SCHOOL ASSN. *v.* MORGAN ET AL., 426 U. S. 935 and *ante,* p. 873. Motion for leave to file second petition for rehearing denied.

No. 76–282. SMART *v.* JONES, SHERIFF, ET AL., *ante,* p. 887; and

No. 76–5144. ZILKA *v.* ESTELLE, CORRECTIONS DIRECTOR, *ante,* p. 981. Motions for leave to file petitions for rehearing denied.